UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

           *Petitioner*,

  v.

THOMAS DECKER, et al.,

           *Respondents.*

No. 20 Civ. 4232 (KPF)

**ORDER**

Upon consideration of Petitioner's Motion to Proceed Under a Pseudonym and for a Protective Order, it is hereby ordered:

1. The ECF Clerk shall replace Petitioner's name with the pseudonym "John Doe" on the docket.

2. Petitioner shall file his Amended Verified Petition for Habeas Corpus on the ECF docket. Identifying information to be redacted includes Petitioner's personally identifying information including name, Country of Citizenship and Birth, Country of Deportation, Place of Detention, Date of Birth (Month and Day), Addresses, Social Security Numbers and Alien (Immigration) ID Number, Docket Numbers, Phone Numbers, or Email Addresses, and such personally identifying of his friends, family members and co-conspirators.

3. Both parties shall redact all such personally identifying information in any subsequent filings.

4. Both parties shall submit an unredacted version of all filings with the court for in camera review via email.

Signed this 8th day of June, 2020
New York, New York

                                                                       Hon. Katherine Polk Failla
                                                                         District Court Judge