UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>                      Petitioner,<br><br>-v.-<br><br>THOMAS DECKER, *in his official capacity as Director of the New York Field Office of U.S. Immigrations & Customs Enforcement*, CHAD WOLF, *in his official capacity as Acting Secretary, U.S. Department of Homeland Security*, WILLIAM BARR, *in his official capacity as Attorney General of the United States*,<br><br>                      Respondents. | 20 Civ. 4232 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      Respondents are hereby ORDERED to respond to the Petition in this case (Dkt. #1) on or before **June 19, 2020**. Petitioner's reply, if any, shall be due **June 24, 2020**.

      SO ORDERED.

Dated:  June 10, 2020
           New York, New York

                                                        KATHERINE POLK FAILLA
                                                     United States District Judge