

**Zoey Jones**
*Supervising Attorney*

Immigration Practice

**MEMO ENDORSED**

June 12, 2020

*Via ECF*

Hon. Katherine Polk Failla
Thurgood Marshal
United States Courthouse
40 Foley Square
New York, NY 10007-1312

      Re: *John Doe v. Decker, et al.*, 20-cv-04232 (KPF)

Dear Judge Failla:

This office represents Petitioner in the above-referenced petition for a writ of habeas corpus. By way of this letter, Petitioner requests that ECF docket numbers 1-7 be removed from ECF and placed under seal and that Petitioner's name be replaced with the pseudonym "John Doe" in all docket entries. Counsel for Respondents takes no position concerning this request.

On June 8, 2020, this Court granted Petitioner's motion to proceed under a pseudonym and for a protective order permitting redaction of certain identifying information. *See* ECF No. 8 (Order). Petitioner now further requests that all docket entries preceding this Court's order, ECF numbers 1-7, be removed from ECF and placed under seal, and that Petitioner's name be replaced with the pseudonym "John Doe" in all docket entries. These measures will ensure the protection of Petitioner's identity and prevent public disclosure of sensitive information that could endanger his safety for the reasons provided in Petitioner's memorandum of law submitted in support of his motion to proceed under pseudonym.

I thank the Court for its consideration of this request.

Dated: June 12, 2020

                                            Respectfully

                                            /s/ *Zoey Jones*
                                            Zoey Jones, Esq.
                                            Brooklyn Defender Services
                                            156 Pierrepont St.
                                            Brooklyn, New York 11201
                                            Phone: (206) 599-9834
                                            Fax: (347) 325-9111
                                            zjones@bds.org

                                            *Counsel for Petitioner*

Application GRANTED.  The Clerk of Court is directed to place docket entries #1-7 under seal with viewing privileges granted to the Court and parties only.  The Clerk of Court is also directed to replace Petitioner's name with the pseudonym "John Doe" in all docket entries.

Dated: June 12, 2020
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE