UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE, <br><br> Petitioner, <br><br> -v.- <br><br> THOMAS DECKER, *in his official capacity as Director of the New York Field Office of U.S. Immigrations & Customs Enforcement*, CHAD WOLF, *in his official capacity as Acting Secretary, U.S. Department of Homeland Security*, WILLIAM BARR, *in his official capacity as Attorney General of the United States*, <br><br> Respondents. | 20 Civ. 4232 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Clerk of Court is hereby directed to unseal the judgment entered in this matter on August 10, 2020 (Dkt. #20), and make it viewable to the public.

SO ORDERED.

Dated:  October 30, 2020
        New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge